1  STANLEY L. GIBSON (047882)
   JOSHUA A. SOUTHWICK (246296)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, California 94105
   Telephone: (415) 348-6000
4  Facsimile: (415) 348-6001

5

   Attorneys for Plaintiff
6  FALVEY INSURANCE SERVICES, LLC

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 FALVEY INSURANCE SERVICES, LLC,      )  Case No. C 06 7833 BZ
   a limited liability corporation;      )
11                                       )  REQUEST FOR DISMISSAL WITH
                  Plaintiff,             )  PREJUDICE AND [PROPOSED] ORDER
12                                       )
        v.                               )
13                                       )
   ABIGAIL'S FREIGHT LINES, LLC, a       )
14 limited liability corporation,        )
                                         )
15                Defendant.             )
                                         )
16 _____)

17     This matter having been settled and no answer filed, plaintiff requests that this action be

18 dismissed with prejudice pursuant to FRCP 41(a)(1)(i).

19 DATED: March 20, 2007                    Respectfully submitted,

20                                          GIBSON ROBB & LINDH LLP

21

22                                          By_____
                                               Joshua A. Southwick
23                                             Attorneys for Plaintiff
                                               FALVEY INSURANCE SERVICES, LLC
24

25 IT IS SO ORDERED.

26

27 Dated: __March 20, 2007__                _____
                                            United States Magistrate Judge
28                                          Judge Bernard Zimmerman

---

Request for Dismissal with Prejudice and [Proposed] Order
Case No. C 06 7833 BZ; Our File No. 5717.61